**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**RICHARD A. KNUTSON,** **PLAINTIFF**

**VS.** **CIVIL ACTION NO: 4:05CV46-EMB**

**MIKE R. GALSTER,** **DEFENDANT**

## ORDER GRANTING MOTION TO COMPEL

**BEFORE THE COURT** is plaintiff's unopposed motion [13] to compel discovery. The Court, having duly considered the motion and hearing no objection from defendant, finds the motion should be, and the same is, hereby granted. Defendant shall have until July 15, 2005, to serve his responses to plaintiff's written discovery or risk imposition of sanctions.

**SO ORDERED** this 8th day of July, 2005.

                                          **/s/ Eugene M. Bogen**
                                          **UNITED STATES MAGISTRATE JUDGE**