# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**RICHARD A. KNUTSON,**                                        **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO: 4:05CV46-EMB**

**MIKE R. GALSTER,**                                           **DEFENDANT**

## FINAL JUDGMENT

By Order [doc. 47] this Court granted plaintiff's motion for summary judgment and denied defendant's cross-motion in accordance with the Opinion [doc. 48] of the Court. Plaintiff was directed to submit a statement by a CPA certifying the amount presently owed on each note and the accrued interest through the date of that Order. On April 12, 2006, plaintiff filed the sworn statement of Donald and Gamble, LLP, Certified Public Accountants of Greenville, Mississippi. Donald and Gamble's statement included a total of $410, 675.32, being the amount due on the seven notes. Defendant was granted ten (10) days to assert any objection to plaintiff's computation, but failed to do so. Accordingly, having duly considered Donald and Gamble's statement, I find the total computed therein should be awarded to plaintiff as a portion of the judgment herein. Plaintiff is also entitled to an award of attorney fees; and I find that $102,668.83, or twenty-five percent (25%) of the indebtedness owed, is a reasonable award of attorney fees. Therefore, it is

**ORDERED:**

1. That judgment is hereby awarded to plaintiff in the amount of $410,675.32 as against defendant.

2. That plaintiff is further awarded $102,668.83 in reasonable attorney fees.

3. That the parties shall bear their own costs.

4. That plaintiff is further awarded post-judgment interest on the total amount of $513,344.15 at the current federal rate of 4.94% per annum from the date of entry of this judgment until paid, as provided by 28 U.S.C. §1961.

**SO ORDERED** this 5th day of May, 2006.

/s/ Eugene M. Bogen
**UNITED STATES MAGISTRATE JUDGE**